CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
kimberly.frayn@usdoj.gov
*Representing the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NORMAN GEORGE MCKENZIE,<br><br>  Defendant. | Case No. 2:21-CR-00249-RFB-VCF<br><br>**Stipulation To Continue Sentencing Hearing**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Jawara Griffin, Assistant Federal Public Defender, counsel for, NORMAN GEORGE MCKENZIE ("Mckenzie"), that the sentencing hearing in the abovementioned case, which is currently scheduled for January 14, 2022 at 11:00 a.m., be continued and reset to a date and time convenient to the Court but not earlier than January 24, 2022 for the following reasons:

1. The parties need additional time to prepare for the sentencing hearing.

2. Government counsel will be out of the office on the current hearing date of January 14, 2022, and the government desires continuity of counsel.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the first stipulation to continue the hearing.

DATED this 11th day of January, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ Jawara Griffin<br>By_____<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | /s/ Kimberly M. Frayn<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN GEORGE MCKENZIE,<br><br>Defendant. | Case No. 2:21-CR-00249-RFB-VCF<br><br>**Findings Of Fact, Conclusions Of Law And Order** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to prepare for the sentencing hearing.

2. Government counsel will be out of the office on the current hearing date of January 14, 2022, and the government desires continuity of counsel.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the first stipulation to continue the hearing.

## **ORDER**

THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the

1  above-captioned matter, currently scheduled for January 14, 2022, at 11:00 a.m., shall
2  be vacated and continued to __January 25__ , 2022, at the hour of
3  __10:00__ a.m./p.m. by videoconference.
4
5
6          DATED this __12th__ day of January 2022.
7
8                                              _____
9                                              HONORABLE RICHARD F. BOULWARE, II
                                               United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26